U.S. District Court
Western District of Louisiana
Tony R. Moore, Clerk
RECEIVED
Date: 02-26-10
By  M. Cassanova

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | | | |
|---|---|---|---|
| HONORABLE MARK HORNSBY | JUDGE PRESIDING | DATE: | FEBRUARY 26, 2010 |
| MARCIA W. CASSANOVA | MINUTE CLERK | TIME IN COURT: | 00:15 |
| [02:00:54] - [02:10:51] | FTR GOLD AUDIO | COURT REPORTER: | MARIE RUNYON |

CASE NO.:   09-cv-0624      SHEILA LOZADA V. SHERIFF OF BOSSIER PARISH

**APPEARANCES:**   FOR THE PLAINTIFF:   NELSON CAMERON
                   PLAINTIFF:           SHEILA LOZADA
                   FOR THE DEFENDANT:   JERALD PERLMAN

**CALLED FOR:**   SETTLEMENT CONFIRMATION

**PROCEEDINGS:**

(X)   THE PARTIES ADVISED THE COURT THAT THIS CASE HAS BEEN SETTLED, AND THE TERMS OF THE SETTLEMENT AGREEMENT WERE DICTATED INTO THE RECORD. PLAINTIFF WAS ADVISED, AND REPRESENTED THAT SHE UNDERSTOOD, THAT THE SETTLEMENT WAS EFFECTIVE AND FINAL AS OF TODAY.

COPY SENT BY MWC:   MLH