```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF LOUISIANA
                         SHREVEPORT DIVISION


 SHEILA LOZADA,                    *    Civil Action
                                   *    No. 09-0624
           Plaintiff,              *
                                   *    Shreveport, Louisiana
 VS.                               *    February 26, 2010
                                   *    2:00 p.m.
 SHERIFF OF BOSSIER PARISH,        *
 ET AL,                            *
                                   *
           Defendant.              *
                                   *
 * * * * * * * * * * * * * * * * *
```

## SETTLEMENT CONFIRMATION

Certified transcript of proceedings held before the Honorable Mark L. Hornsby, United States Magistrate Judge.

APPEARANCES:

    *For the Plaintiff:*    Mr. Nelson Welch Cameron
                                      Attorney at Law
                                      675 Jordan Street
                                      Shreveport, Louisiana  71101

    *For Defendants:*       Mr. Jerald L. Perlman
                                      Pettiette, Armand, Dunkelman,
                                        Woodley, Byrd & Cromwell
                                        Post Office Box 1786
                                        Shreveport, Louisiana  71166-1786

REPORTED BY:                Marie M. Runyon, RMR, CRR
                                      Federal Official Court Reporter
                                      300 Fannin Street, Room 4212
                                      Shreveport, Louisiana  71101
                                      Phone:  (318) 222-9203

PROCEEDINGS PRODUCED BY MECHANICAL STENOGRAPHY AND TRANSCRIBED BY COMPUTER.

```
 1                  (Court called to order with Plaintiff
 2                      present at 2:05 p.m.)
 3              THE COURT:  Thank you.  Be seated, please.
 4              Good afternoon.  The matter on the docket is Sheila
 5   Lozada versus Sheriff of Bossier Parish.  It is 09-CV-0624.
 6   Mr. Nelson Cameron is present with the plaintiff, and
 7   Mr. Jerald Perlman is here on behalf of the defendant.
 8              I received notification this afternoon that the
 9   matter had been resolved and that it was appropriate to dictate
10   the terms of the settlement into the record to make it
11   official.
12              So let me ask, Mr. Cameron, if you and Ms. Lozada
13   would come to the podium, please.
14              Mr. Perlman, if you'd come up to the corner.  I have
15   this high-tech -- over here, sir, on the corner of my bench
16   (indicating).
17              MR. PERLMAN:  Oh, okay.
18              THE COURT:  That high-tech device there is a super
19   top secret microphone.
20              MR. PERLMAN:  I see.  And I want to thank the Court
21   for indulging my attire.  Because I did not realize I was going
22   to be in court.
23              THE COURT:  It's Friday afternoon, so we'll give you
24   a pass on that.
25              MR. CAMERON:  No objection from the plaintiff.
```

1   THE COURT: All right. Ma'am, are you Sheila Lozada?
2   MS. LOZADA: Yes, sir, I am.
3   THE COURT: Ms. Lozada, welcome to my courtroom.
4   Mr. Cameron, do you want to state for the record why
5   we're here?
6   MR. CAMERON: Yes, your honor. We're here because
7   the parties have reached an agreement, and the parties are
8   desirous of making the agreement final on both parties, and the
9   time for reducing it to writing is not available. We want to
10  go ahead and finalize today. We understand that the terms will
11  be reduced to writing and signed off on, but we wanted to get
12  the general terms into the record to finalize the agreement.
13  THE COURT: All right. Mr. Perlman, is that
14  consistent with your understanding?
15  MR. PERLMAN: That is correct, Your Honor.
16  THE COURT: All right. Mr. Cameron, if you would --
17  I assume that you've got something that outlines the essential
18  terms.
19  And, Mr. Perlman, you've got something similar?
20  MR. PERLMAN: What I have here -- and if you want to,
21  we can file this in the record with the initials on the
22  changes.
23  MR. CAMERON: Of course, that first sentence talks
24  about -- we're just settling the claims in this case. We're
25  not settling claims in any other --

1    THE COURT:  Why don't we do this.  Mr. Cameron, why
2 don't you give me just a little short background.  Just very
3 short.  I don't want any argument about the case.  The case is
4 already settled.  I want to know a little bit about the case,
5 and then I want you to tell me what the terms of the settlement
6 are.
7    MR. CAMERON:  Yes, sir.  The plaintiff filed suit
8 because on May 2, 2009, she was, we contend, falsely arrested
9 by the Bossier Parish Sheriff and transported to the Bossier
10 Parish maximum detention facility where the Sheriff erroneously
11 diagnosed her as being suicidal, placed her in a suicidal
12 restraint -- suicide-resistant cell, and therein unjustly
13 Tasered and then forced her to disrobe in the presence of a
14 male deputy.
15    THE COURT:  So your claim was a false arrest and
16 excessive force case?
17    MR. CAMERON:  And invasion of privacy.
18    THE COURT:  Now give me, if you would, sir, the
19 essential terms we are settling on today.
20    MR. CAMERON:  The essential terms part is the Sheriff
21 will pay $50,000 in one payment and then a $10,000 payment 180
22 days from today; the $60,000 total payment is resolving claims
23 in this lawsuit only; and that in order to receive the $10,000
24 payment in the 180 days, Mrs. Lozada agrees that she will not
25 disparage the Sheriff or any of the other defendants.  And this

```
 1   requirement of nondisparagement will last for one year from
 2   today.
 3           THE COURT:  All right.  Let me ask one clarification.
 4           (Off-the-record discussion had between
 5               counsel.)
 6           MR. CAMERON:  Okay.  And the nondisparagement covers
 7   any incidents prior to January 1, 2010.  That means no public
 8   statements to the media and things like that; keep it
 9   confidential.
10           THE COURT:  All right.
11           MR. PERLMAN:  Or any statements of any kind.
12           THE COURT:  You're saying she will not disparage the
13   Sheriff and other defendants for one year --
14           MR. CAMERON:  Right.
15           THE COURT:  -- prior -- for any events prior to
16   1/1/10?
17           MR. CAMERON:  Right.
18           MR. PERLMAN:  That's correct, Your Honor.  And it's
19   my understanding that "disparagement" refers to any statements
20   of any kind, either verbal or written, by her or conveyed on
21   her behalf.
22           THE COURT:  Putting the Sheriff or any of the other
23   defendants in a bad light?
24           MR. PERLMAN:  Right.
25           MR. CAMERON:  Right.
```

```
 1              THE COURT:  And you said "this lawsuit only,"
 2   Mr. Cameron.  There's another lawsuit somewhere else?
 3              MR. CAMERON:  Well, there's no other lawsuit anyplace
 4   else, but what we -- there is a possible claim out there that
 5   we're not settling at this point in time.  We're only settling
 6   claims arising out of this case.
 7              THE COURT:  That are already pending in this lawsuit?
 8              MR. CAMERON:  Right.
 9              THE COURT:  And is that accurate, Mr. Perlman?
10              MR. PERLMAN:  Your Honor, there was an incident that
11   occurred in April, I believe, of 2009 that no lawsuit has been
12   filed nor any demand made on the Sheriff.  I presume that's
13   what Mr. Cameron is referring to.
14              THE COURT:  Is that what we're talking about,
15   Mr. Cameron, April of '09?
16              MR. CAMERON:  Yes.
17              THE COURT:  And this deals with the May '09 event?
18              MR. CAMERON:  Right.
19              MS. LOZADA:  Actually, it's May 2 of '08 --
20              MR. CAMERON:  '08.
21              MS. LOZADA:  -- and then April of '09.
22              THE COURT:  Okay.  May 2 of '08.
23              MS. LOZADA:  Of '08.
24              MR. CAMERON:  Excuse me, Your Honor.  I got my --
25              THE COURT:  All right.  Either Mr. Cameron misspoke
```

```
 1  or I wrote it down wrong.  I apologize, ma'am.
 2            So May 2 of '08 is what we're settling here today.
 3            MS. LOZADA:  Exactly.
 4            THE COURT:  And you're reserving your rights about an
 5  April --
 6            MS. LOZADA:  April.
 7            THE COURT:  -- '09 incident, correct?
 8            MS. LOZADA:  Right.  Perfect.
 9            MR. CAMERON:  Right.
10            THE COURT:  All right.  Mr. Perlman, just so that
11  we're clear, the Sheriff is going to make a $50,000 payment to
12  Ms. Lozada in short order.
13            MR. PERLMAN:  That's correct.
14            THE COURT:  Number 2, a $10,000 payment is going to
15  be paid to Ms. Lozada within 180 days of today?
16            MR. PERLMAN:  That's correct.
17            THE COURT:  And then what we're settling today is the
18  May 2, '08 false arrest, excessive force allegations and so
19  forth.  This does not deal with the April '09 incident.
20            MR. PERLMAN:  But the $10,000 payment is subject to
21  the --
22            THE COURT:  Agreement.
23            MR. PERLMAN:  -- nondisparagement agreement.
24            THE COURT:  Right.  She will not disparage the
25  Sheriff or other defendants for one year.
```

| | |
|---|---|
| 1 | MR. PERLMAN: That's correct. |
| 2 | THE COURT: All right. Ma'am, you understand you |
| 3 | can't go out and shout from the mountaintop what a bad guy the |
| 4 | Sheriff and these other defendants are; otherwise, you're not |
| 5 | going to get that other $10,000. You understand? |
| 6 | MS. LOZADA: Perfectly. |
| 7 | THE COURT: All right. Ms. Lozada, is that your |
| 8 | agreement? |
| 9 | MS. LOZADA: Yes. |
| 10 | THE COURT: This is the basis on which we're settling |
| 11 | this case? |
| 12 | MS. LOZADA: Yes, sir. |
| 13 | THE COURT: The terms have been dictated into the |
| 14 | record. I order that they be accepted into the record of this |
| 15 | court and the settlement be made final effective today. |
| 16 | Ms. Lozada, you can't walk out of this courtroom now |
| 17 | and change your mind about this deal. Are we clear about that? |
| 18 | MS. LOZADA: Yes, sir. |
| 19 | THE COURT: Let me see Mr. Cameron and Mr. Perlman |
| 20 | over here, please. |
| 21 | (Sidebar had off the record.) |
| 22 | THE COURT: All right. That's all we need to put on |
| 23 | the record in order to finalize the settlement. |
| 24 | Mr. Cameron, do you have anything else? |
| 25 | MR. CAMERON: Well, I do have a question about this |

```
 1  April '09 claim.  It is being reserved out of the settlement?
 2          THE COURT:  Yes, sir.
 3          MR. CAMERON:  All right.
 4          THE COURT:  And, Mr. Perlman, anything further we
 5  need to put on the record this afternoon?
 6          MR. PERLMAN:  I mean, she can file the claim.  The
 7  effect of her filing it is -- she can file the claim.  The
 8  effect of that filing, it may have a bearing on what happens
 9  after today.
10          THE COURT:  I'm sorry?
11          MR. PERLMAN:  I mean, she's got a right to file any
12  claim she wants.
13          THE COURT:  Oh, sure.  Yeah.  Right.
14          MR. PERLMAN:  But, you know, she files it subject to
15  what has gone on in court today.
16          THE COURT:  That's right.  If she tries to make an
17  issue of something she's already settled here today, she's
18  going to have that roadblock thrown up to her.  But,
19  apparently, there was some incident, alleged incident, in April
20  of '09, and that's all she's preserving here.
21          MS. LOZADA:  Pretty much.
22          THE COURT:  All right.  Okay.
23          What else, Mr. Perlman?
24          MR. PERLMAN:  That's it.
25          THE COURT:  All right.  Thank you-all.  Court's
```

1  adjourned.

2  (Proceedings concluded at 2:16 p.m.)

6  Certificate

7  I hereby certify this 18th day of March, 2010, that the foregoing is, to the best of my ability and understanding, a
8  true and correct transcript from the record of proceedings in the above-entitled matter.

10  /s/ Marie M. Runyon
Official Court Reporter